1  DICKINSON WRIGHT PLLC
2  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
3  Kerry E. Kleiman, Esq.
   Nevada Bar No. 14071
4  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, NV 89169
5  Tel: 702-550-4400
   Fax: 844-670-6009
6  Email:  CAlexander@dickinsonwright.com
7  Email:  KKleiman@dickinsonwright.com
   *Attorneys for Defendant Premier Land Title Insurance*
8  *Company f/k/a Commerce Title Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET-BACKED CERTIFICATES, SERIES 2006-16, <br><br>Plaintiff, <br>vs. <br><br>PREMIER LAND TITLE INSURANCE COMPANY F/K/A COMMERCE TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br>Defendants. | Case:  2:22-cv-00439-APG-EJY <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** <br><br>**(FIRST REQUEST)** |

Pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and LR 7-1, LR IA 6-1, 6-2, IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset – Backed Certificates, Series 2006-16 ("Plaintiff") and Defendant Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company ("Premier") (sometimes referred to



collectively as the "Parties"), that the Parties consent to extend the deadline for Defendant's Answer to Plaintiff's Complaint up to and including March 24, 2022.

This is Defendant's first stipulation for an extension of time to file a response to the Complaint. Currently, the Answer is due on March 17, 2022. The one-week extension is requested in order to provide the Defendant's counsel time to gather additional information and documentation necessary to adequately respond to the Complaint, and not for purposes of delay.

Dated this 16th day of March, 2022.

**WRIGHT, FINLAY & ZAK, LLP**

By: */s/ Lindsay Dragon*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: 702-475-7964

Victoria Hightower, Esq.
Nevada Bar No. 10897
Tyson and Mendes
170 South Green Valley Parkway
Suite 300
Henderson, NV 89012
*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset – Backed Certificates, Series 2006-16*

Dated this 16th day of March, 2022.

**DICKINSON WRIGHT PLLC**

By: */s/ Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
*Attorneys for Defendant Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 16, 2022

