|   |   |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET-BACKED CERTIFICATES, SERIES 2006-16,<br><br>Plaintiff,<br>vs.<br><br>PREMIER LAND TITLE INSURANCE COMPANY F/K/A COMMERCE TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00439-ART-DJA<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16 ("Plaintiff") and Defendant, Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

1. On December 22, 2022, the Parties filed their Notice of Settlement [ECF No. 25].

2. On December 27, 2022, the Court filed a Minute Order advising that the Parties shall have until March 27, 2023, to file a proposed order to dismiss this action or a joint status report regarding settlement [ECF No. 26].

3. While a settlement agreement has been drafted, the Parties need additional time to finalize and execute. The Parties request an additional thirty (30) days, through and including April 26, 2023, to file a stipulation or motion to dismiss this action.

4. Counsel for Defendant does not oppose the requested extension.

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 27th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16*

DATED this 27th day of March, 2023.

DICKINSON WRIGHT, PLLC

*/s/ Nathaniel E. Saxe*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Nathaniel E. Saxe, Esq.
Nevada Bar No. 15631
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
*Attorney for Defendant, Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 29th day of March, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE