# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET-BACKED CERTIFICATES, SERIES 2006-16,<br><br>Plaintiff,<br>vs.<br><br>PREMIER LAND TITLE INSURANCE COMPANY F/K/A COMMERCE TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00439-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL**<br><br>**(Second Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16 ("Plaintiff") and Defendant, Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

1. On December 22, 2022, the Parties filed their Notice of Settlement [ECF No. 25].

2. On March 29, 2023, the Court issued an Order approving the Parties' stipulation to extend the deadline to file their dismissal of this action until April 26, 2023 [ECF No. 28].

3. The Settlement Agreement has been finalized and circulated for execution. The Parties request an additional thirty (30) days, through and including May 26, 2023, to file a stipulation or motion to dismiss this action.

4. Counsel for Defendant does not oppose the requested extension.

5. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 26th day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16*

DATED this 26th day of April, 2023.

DICKINSON WRIGHT, PLLC

*/s/ Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Nathaniel E. Saxe, Esq.
Nevada Bar No. 15631
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
*Attorney for Defendant, Premier Land Title Insurance Company f/k/a Commerce Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 27th day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE