# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET-BACKED CERTIFICATES, SERIES 2006-16,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER LAND TITLE INSURANCE COMPANY F/K/A COMMERCE TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00439-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16 ("Plaintiff") and Defendant Premier Land Title Company f//k/a Commerce Title Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 11th day of May, 2023. | DATED this 11th day of May, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | DICKINSON WRIGHT PLLC |
| */s/ Lindsay D. Dragon* | */s/ Cynthia L. Alexander* |
| Lindsay D. Dragon, Esq. | Cynthia L. Alexander, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 6718 |
| 7785 W. Sahara Ave., Suite 200 | Nathaniel E. Saxe, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 15631 |
| *Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16, Asset-Backed Certificates, Series 2006-16* | 3883 Howard Hughes Parkway, Suite 800 Las Vegas, NV 89169 *Attorney for Defendant, Premier Land Title Company f//k/a Commerce Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 11th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE